# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vladislav Ishmuratov,<br><br>            Petitioner,<br><br>v.<br><br>David R Rivas, et al.,<br><br>            Respondents. | No. CV-25-01366-PHX-JAT (ESW)<br><br>**ORDER** |

The Court has considered Respondents' Motion to Seal (Doc. 19) and Petitioner's Notice of Non-Opposition to the Wardens' Motion to Seal (Doc. 21).   Good cause appearing,

IT IS ORDERED granting the Motion to Seal (Doc. 19).

IT IS FURTHER ORDERED that the exhibits attached to Response to Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and Response to Motion for Preliminary Injunction (Doc. 15) shall be filed under seal.  The Clerk of Court is directed to file those exhibits under seal.

Respondents having filed Notice of Errata (Doc. 17) with a corrected Exhibit F, on the Court's own motion,

IT IS FURTHER ORDERED that Correct Exhibit F attached to Notice of Errata

(Doc. 17) shall be filed under seal.  The Clerk of Court is directed to file this exhibit under seal.

Dated this 14th day of May, 2025.


Honorable Eileen S. Willett
United States Magistrate Judge

- 2 -