# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vladislav Ishmuratov, | No. CV-25-01366-PHX-MTL (ESW) |
| Petitioner, | **ORDER** |
| v. | |
| David R Rivas, et al., | |
| Respondents. | |

On September 8, 2025, the Court issued an Order to Show Cause why the pending § 2241 Petition should not be granted on the basis that Petitioner's removal is not significantly likely to occur in the reasonably foreseeable future. (Doc. 45.) On September 18, 2025, Respondents filed their response to the OSC indicating:

> Because the travel document request that was pending at the time the Government's habeas response was filed has now been denied, and because no other travel document requests have been made, it appears likely the Court will find that Petitioner can establish his removal is not significantly likely in the reasonably foreseeable future. Respondents cannot therefore establish good cause as to why the habeas petition should not be granted at this time.

Doc. 46 at 2.

Based on Respondents' concession there is no significant likelihood of Petitioner's removal in the reasonably foreseeable future, the Court will grant the Petition and direct Petitioner be released from custody immediately. *See Zadvydas v. Davis*, 533 U.S. 678 (2001).

      **IT IS THEREFORE ORDREED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**. Petitioner must be released from immigration custody immediately under the same conditions that existed before his detention.

      **IT IS FURTHER ORDERED** all remaining motions are **denied as moot**.

      **IT IS FURTHER ORDERED** the Clerk of Court must enter judgment in Petitioner's favor and close this case.

      Dated this 19th day of September, 2025.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge