# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vladislav Ishmuratov, | **NO. CV-25-01366-PHX-MTL (ESW)** |
| Petitioner, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| David R Rivas, et al., | |
| Respondents. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed September 19, 2025, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is granted. Judgment is entered in favor of Petitioner and this case is hereby closed.

Debra D. Lucas
District Court Executive/Clerk of Court

September 19, 2025

By s/ K. Gray
Deputy Clerk